United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT IGLESIAS,              ,

     Plaintiff(s),

     v.

LEVI STRAUSS & CO,,            ,

     Defendant(s).

Case No. 3:26-cv-06100 TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Zachary P. Arbitman, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Robert Iglesias in the above-entitled action. My local co-counsel in this case is Anderson Berry, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 262879.

1845 Walnut Street, floor 21, Philadelphia, PA 19103

MY ADDRESS OF RECORD

(215) 567-8300

MY TELEPHONE # OF RECORD

zarbitman@feldmanshepherd.com

MY EMAIL ADDRESS OF RECORD

333 University Ave., Sacramento, CA 95825

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(916) 823-6955

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

anderson@emeryreddy.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 314274.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2026

Zachary P. Arbitman
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Zachary P. Arbitman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 26, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Zachary Arbitman, Esq.*

### DATE OF ADMISSION

*October 22, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  May 15, 2026**

Darian Holland
Chief Clerk